# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00779-CV

**In re Ardell Nelson Jr.**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Ardell Nelson Jr. has filed a petition for writ of mandamus complaining of the trial court's failure to rule on his petition pending in the district court. *See* Tex. R. App. P. 52.8. On this record, having reviewed the relator's petition for writ of mandamus, we deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Filed: January 9, 2015